```
             UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
```

JERMILD M. ROBINSON                        CIVIL ACTION

VERSUS                                     NO: 15-0581

MR. WILLIAMS, SERGEANT, ET AL.             SECTION: R(5)

## ORDER AND REASONS

Before the Court is Jermild Robinson's 42 U.S.C. § 1983 civil rights complaint,[1] and the Magistrate Judge's Report and Recommendation ("R&R") that Robinson's petition be dismissed with prejudice.[2] The Court, having reviewed *de novo* the complaint, the record, the applicable law, and the Magistrate Judge's unopposed R&R, hereby approves the R&R and adopts it as its opinion.

Accordingly,

Jermild Robinson's civil rights complaint is DISMISSED WITH PREJUDICE.

**New Orleans, Louisiana, this  24th  day of April, 2015.**

_____*Sarah Vance*_____
**SARAH S. VANCE
UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 1.

[2] R. Doc. 4.